### WILLIAM UMBDEMSTOCK v. E. C. PERRY.

MISTAKE OF CLERK IN DATE.—On a motion to affirm on certificate, the clerk having certified that citation in error had been perfected December, 1874, by mistake for 1873: *Held*, that although the mistake was obvious, yet it was fatal to the motion.

ERROR from Harrison.

*G. B. Lipscomb*, for motion.

MOORE, ASSOCIATE JUSTICE.—The certificate of the clerk says that the citation in error was issued and served on the 1st of December, 1874. It seems quite obvious that this is a clerical mistake for the 1st of December, 1873; but in view of the strictness and regularity which has always been required to affirm judgments on certificates, without reference to the merits, we do not feel willing to correct by construction this defect. It is therefore ordered that the

certificate be dismissed, but without prejudice to the right of the defendant in error to file another certificate during the term, if he desires to do so.

MOTION REFUSED.